UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| **JON ALAN LAPORTE, JR.**,<br><br>Plaintiff,<br><br>vs.<br><br>**COMMISSIONER OF SOCIAL SECURITY**,<br><br>Defendant. | 2:20-CV-16272-TGB-APP |

# JUDGMENT

In accordance with the Opinion and Order issued on this date, **ACCEPTING AND ADOPTING** Magistrate Judge Anthony P. Patti's Report and Recommendation (ECF No. 16), it is **ORDERED AND ADJUDGED** that Plaintiff's Motion for Summary Judgment (ECF No. 13) is **DENIED**, Defendant's Motion for Summary Judgment (ECF No. 14) is **GRANTED**, and the case is **DISMISSED WITH PREJUDICE**.

Dated at Detroit, Michigan:  February 24, 2022.

KINIKIA ESSIX
CLERK OF THE COURT

s/A. Chubb
Case Manager and Deputy Clerk

APPROVED:
s/Terrence G. Berg
HON. TERRENCE G. BERG
UNITED STATES DISTRICT JUDGE